1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) NO.  06-5244 M ) |
| v. | ) ORDER ALLOWING WITHDRAWAL AND ) SUBSTITUTION OF COUNSEL |
| GEORGE ELIOTT KABACY, | ) ) |
| Defendants. | ) ) |

The motion for the withdrawal of attorney Jerome Kuh as attorney for the defendant and substitution of attorney Jeffrey L. Kradel and the law firm of Cohen & Iaria is hereby approved.

ORDERED this 20th day of December, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/Jeffrey L. Kradel
Jeffrey L. Kradel, WSBA # 26767
Substituting Attorney
1008 Western Ave Ste 302
Seattle, WA 98104

ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL  - Page 1

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694

| | |
|---|---|
| 1 | PH:  206-624-9694 |
| 2 | FAX: 206-624-9691<br>Email: jlk@cohen-iaria.com |
| 3 | |
| 4 | Copies Received: |
| 5 | |
| | s/Jerome Kuh |
| 6 | Jerome Kuh, WSBA #29653<br>Withdrawing Attorney |
| 7 | 1331 Broadway Ste 400<br>Tacoma, WA 98042 |
| 8 | PH: 253-593-6710<br>FAX: 253-593-6714 |
| 9 | Email: jerome_kuh@fd.org |
| 10 | |
| ... | |
| 28 | |

ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL  - Page 2

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL  - Page 3

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694